■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DALE COOLBAUGH, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Suffolk County (McInerney, J.), rendered May 21, 1985, convicting him of criminal sale of a controlled substance in the fifth degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant pleaded guilty with the understanding that he would receive the sentence which was thereafter actually imposed *(People v Kazepis,* 101 AD2d 816) and he presented no other issue which has any merit *(People v Harris,* 61 NY2d 9). Mollen, P. J., Brown, Weinstein, Eiber and Harwood, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE DIAZ, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Kooper, J.), rendered October 29, 1984.

Ordered that the judgment is affirmed *(see, People v Williams,* 36 NY2d 829, *cert denied* 423 US 873; *People v Cates,* 104 AD2d 895). Mollen, P. J., Brown, Weinstein, Eiber and Harwood, JJ., concur.